United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Brett Groves, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Medicredit, Inc and Lawnwood Healthcare Specialists LLC, dba Aventura Trauma Specialists, Defendants. | ) Civil Action No. 23-60875-Civ-Scola |

## Order of Dismissal

The Plaintiff has dismissed this case consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No.31.) Additionally, based on counsel's representations (ECF No. 32), the Court **discharges** its previously entered show-cause order (**ECF No. 30**). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on November 30, 2023.

_____
Robert N. Scola, Jr.
United States District Judge